Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:

ROSS, BRENT
ROSS, MICHELLE

Bankruptcy No. 09-28687

[Chapter 7]

--ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

    A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

        Attached is check #__ payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

**XX**    B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 124 | Superior Grinding & Sales<br>Acct # Cottage Wood Design<br>245 West Crossroads SQ<br>Salt Lake City, UT 84115 | $4.34 |
|  | Travis Q. Talbot DDS, MS<br>2364 West 12600 South Ste 2-C<br>Riverton, UT 84065 | $4.61 |



| | |
|---|---|
| Questar Gas Company<br>Acct # xxxxxx1000<br>Bankruptcy Department DNR 244<br>P.O. Box 3194<br>Salt Lake City, UT 84110-3194 | $3.42 |
| GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $4.57 |
| GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $3.35 |

Check Total:  $20.29

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: September 22nd, 2010

_____
Roger G. Segal, Trustee

2