Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah  84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 19  AM 11: 31

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                                        :

ROSS, BRENT L.                          :        Bankruptcy No. 09-28687 RKM
ROSS, MICHELLE                        :
                                                  :        [Chapter 7]
                                                  :
--ooOoo--

### DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s).

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---------|----------------------------------|------------|
| 125 | Crossroads Mill<br>14015 South Minuteman Drive<br>Draper, UT 84020 | $17.42 |
| 126 | Capital Recovery III LLC<br>Care of Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $5.47 |

Attached is check # 125 and 126 payable to the United States Bankruptcy Court representing the unclaimed dividends described above.

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: April 1ℓ , 2011.

_____
Roger G. Segal, Trustee